AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Cabranes, Jose A. | U.S. Court of Appeals | 07/16/2015 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Active | ☐ Nomination  Date  <br> ☐ Initial  ☑ Annual  ☐ Final <br> 5b. ☑ Amended Report | 01/01/2014 to 12/31/2014 |

**7. Chambers or Office Address**

141 Church Street
New Haven, CT 06510

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Trustee | William Nelson Cromwell Foundation, New York, NY |
| 2. | Member | Academic Advisory Committee of the Institute for Constitutional Studies, The George Washington Univeristy, Washington, DC |
| 3. | NOTE: | Note: No income of any kind was derived from any of the positions or services or activities noted above. |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/16/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2014 | University of Chicago Press (Royalties) |
| 2. 2014 | Thomson-West (Royalties) |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Dartmouth College | April 9, 2014 | New York, NY | Dartmouth Trustees Emeriti Dinner | Meal and refreshments as spouse of former Trustee |
| 2. | William Nelson Cromwell Foundation | October 27, 2014 | New York, NY | Annual Meeting of the Trustees | Meal and cost of transportation to and from Washington, D.C. |
| 3. | American Law Institute | November 29-21, 2014 | Philadelphia, PA | Attend meetings of Advisers Committee | Meals, lodging and cost of transportation to and from Philadelphia, PA |
| 4. | Yale University | Various dates thoughout the year | New Haven, CT | Attend or participate in varied University academic and social functions | Meals and refreshments as spouse of tenured faculty member or as a former University Trustee |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/16/2015 |

| 5. | Yale University | October 9-13, 2014 | New Haven, CT | Educational Trip to Cuba | Meals and cost of transportation leading Yale Law School seminar group studying Cuba |
|---|---|---|---|---|---|
| 6. | Fordham University | October 23, 2014 | New York, NY | Attend academic conference at Fordham University Law School | Transportation to and from academic conference |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/16/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | Michael Vlock & Karen Pritzker | Flight via private plane to Bermuda for visit at private home | $845.00 |
| 2. | Jay Vlock & Gail Brekke | Tickets for two to baseball game and luncheon at Yankees Stadium, New York | $500.00 |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/16/2015 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Western Asset MNGD Municipal Fund (MMU) | B | Int./Div. | K | T | Sold | 09/23/13 | K | | |
| 2. Nuveen Premium Income Municipal Fund (NPI) | B | Int./Div. | K | T | Sold | 09/23/13 | K | B | |
| 3. Nuveen Connecticut Premium (NTC) | B | Int./Div. | K | T | Sold | 09/23/13 | K | | |
| 4. Columbia Tax Exempt Fund Class C (COLCX) | B | Int./Div. | K | T | Sold | 09/23/13 | K | | |
| 5. Vanguard Life Strategy Conservatice Portfolio (VSCGX) | C | Dividend | L | T | Buy | 07/02/14 | L | | |
| 6. | | | | | Buy | 10/03/14 | K | | |
| 7. Bernstein Diversified Municipal Portfolio Fund Advisor Class (SNDPX) | C | Dividend | K | T | | | | | |
| 8. Fidelity Advisor Emerging Markets Income Class I | A | Dividend | J | T | | | | | |
| 9. Franklin High Yield Tax Free Income Fund Advisor Class | C | Dividend | K | T | | | | | |
| 10. IShares TR MSCI EAFE ETF (EFA) | C | Dividend | J | T | Sold (part) | 02/25/14 | J | A | |
| 11. ISHARES TR MSCI EAFE SMALL CAP ETF (SCZ) | C | Dividend | J | T | | | | | |
| 12. ISHARES TR RUSSELL 1000 GROWTH ETF (IWF) | A | Dividend | J | T | Sold (part) | 01/27/14 | J | A | |
| 13. ISHARES TR RUSSELL 1000 VALUE ETF (IWD) | C | Dividend | L | T | | | | | |
| 14. ISHARES TR RUSSELL 2000 GROWTH ETF (IWO) | A | Dividend | J | T | | | | | |
| 15. ISHARES TR RUSSELL 2000 VALUE ETF (IWN) | B | Dividend | J | T | | | | | |
| 16. ISHARES TR RUSSELL MID-CAP ETF (IWR) | C | Dividend | J | T | | | | | |
| 17. ISHARES TR RUSSELL MID-CAP VALUE ETF (IWS) | C | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/16/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. SPDR SER TR DOW JONES REIT ETF (RWR) | B | Dividend | J | T | | | | | |
| 19. T ROWE PRICE SUMMIT MUNICIPAL INTERMEDIATE (PRSMX) | B | Dividend | K | T | | | | | |
| 20. THORNBURG INTERMED MUNICIPAL NATIONAL (THMIX) | B | Dividend | L | T | | | | | |
| 21. TIAA CREF EMERGING MARKETS EQUITY INDEX FUND INSTITUTION (TEQLX) | B | Dividend | K | T | | | | | |
| 22. WELLS FARGO ADVTG ULTRA SHORT-TERM MUNI INCOME FD CL A (SMAVX) | A | Dividend | K | T | | | | | |
| 23. TIAA-CREF Annuity (fixed, non-variable) | D | Int./Div. | L | T | | | | | |
| 24. TIAA-CREF PENSION | F | Int./Div. | P1 | T | | | | | |
| 25. -TIAA Traditional | F | Int./Div. | P1 | T | | | | | |
| 26. -T-C Intl Eq-Inst-TIIEX | A | Int./Div. | K | T | | | | | |
| 27. TIAA Real Estate-QREARX | E | Int./Div. | M | T | | | | | |
| 28. T-C Lifecycle 2015-Inst- TCNIX | A | Int./Div. | J | T | | | | | |
| 29. TIAA CREF ROTH IRA | E | Int./Div. | M | T | | | | | |
| 30. -TIAA CREF REAL ESTATE MUTUAL FUND | | | | | | | | | |
| 31. Hartford Life & Annuity Co. (Variable Life Ins. Policy) | A | Int./Div. | K | T | | | | | |
| 32. -PVT Growth & Income | A | Int./Div. | K | T | | | | | |
| 33. -HLS Stock | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Cabranes, Jose A. | 07/16/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34. Vanguard Tax Exempt Money Market Fund-VMSXX | A | Int./Div. | | | Sold | 06/20/14 | J | | |
| 35. Citizens Bank Accounts | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

IV. Reimbursements:

Items 5 and 6 are attributable to ▮▮▮▮ of reporting person, a full-time professor at Yale Law School.

Morgan Stanlely Roth IRA (Item 86 in 2013 report) was "rolled over" to TIAA CREF Roth IRA (Items 239-240 in 2013 report, and Items 25-26 in this [2014] report.)

V. Gifts:

The amounts listed are approximate values. The precise value of the hospitality at Yankees Stadium was not disclosed to us by our hosts.

VII. Investments and Trusts:

Items 1, 2 3 and 4 provide corrected information for transactions in these assets in 2013 (the report for 2013 inadvertently included incorrect dates and indicated that the sales had involved only PART of the assets; in fact, as to each of these assets, ALL were were sold on 9/23/2013).

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Jose A. Cabranes**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544